UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| AMANDA U. AJULUCHUKU, | ) | |
| | ) | |
| Plaintiff, | ) | CV-S-05-0653-RCJ (RJJ) |
| | ) | |
| v. | ) | |
| | ) | |
| ACOUNTEMPS OF ROBERT HALF INTERNATIONAL (ARH), | ) ) ) | <u>O R D E R</u> |
| Defendant. | ) | |

Before the Court for consideration is the Order of Magistrate Judge Robert J. Johnston entered June 13, 2005, denying the Application to Proceeed *In Forma Pauperis* (#1) and dismissing this case.

The Court has conducted a review of the record in this case and determines that the Order of the United States Magistrate Judge entered June 13, 2005, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Robert J. Johnston's Order entered June 13, 2005 (#2) be affirmed.

DATED this 30th day of August, 2005.

ROBERT C. JONES
United States District Judge

3